```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 02323
   JEFFERY WALKER
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-4705


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/01/08 and confirmed on 04/25/08.

   2.  The case was dismissed after confirmation, 12/19/2008.

   3.  The Debtor paid a total of $   4783.34 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
GREAT LAKES CREDIT UNION CURRENT MORTG         .00           .00            .00
GREAT LAKES CREDIT UNION MORTGAGE ARRE    12484.99           .00            .00
OLD REPUBLIC EQUITY SERV SECURED               .00           .00            .00
OLD REPUBLIC EQUITY SERV MORTGAGE ARRE     1627.20           .00            .00
GREAT LAKES CREDIT UNION SECURED VEHIC     3953.88        137.36         428.90
LAKE COUNTY COLLECTOR    SECURED               .00           .00            .00
AT&T MOBILITY LLC        UNSECURED       NOT FILED           .00            .00
DISCOVER BANK            UNSECURED         5943.28           .00            .00
GREAT LAKES CREDIT UNION UNSECURED       NOT FILED           .00            .00
GREAT LAKES CREDIT UNION UNSECURED       NOT FILED           .00            .00
HSBC                     UNSECURED       NOT FILED           .00            .00
PEOPLES ENERGY           UNSECURED       NOT FILED           .00            .00
NEW JERSEY HIGHER ED ASS UNSECURED         7525.25           .00            .00
SALLIE MAE GUARANTEE SER UNSECURED       NOT FILED           .00            .00
SALLIE MAE EDUCATIONAL C UNSECURED          946.00           .00            .00
VETERANS ADMINISTRATION  UNSECURED       NOT FILED           .00            .00
VYSTAR CU                UNSECURED        10585.79           .00            .00
GREAT LAKES CREDIT UNION SECURED VEHIC     5871.12        347.59         469.06
GREAT LAKES CREDIT UNION UNSECURED          453.76           .00            .00

CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
     Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED 23937.19         .00     25454.08         .00       49391.27
PRINCIPAL PAID       897.96         .00          .00         .00         897.96
INTEREST PAID        484.95         .00          .00         .00         484.95
TOTAL PAID          1382.91         .00          .00         .00        1382.91
```

The Debtor's attorney, DAVID M SIEGEL          , was allowed $   3500.00 and was paid $    376.00  direct and $    3124.00  through the plan.

The Trustee received $    276.43 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 08 B 02323 JEFFERY WALKER